[No. 28720-0-II.   Division Two.   June 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON B. TIFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 02-1-00017-2, Thomas J. Majhan, J., entered April 19, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 28755-2-II.   Division Two.   June 17, 2003.]

HADLOCK BUILDING SUPPLY, INC., *Respondent*, v. ROBERT E. MACDONALD, *Appellant*.

Appeal from judgments of the Superior Court for Jefferson County, No. 01-2-00217-1, Thomas J. Majhan, J., entered April 10 and 30, 2002. *Reversed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 28879-6-II.   Division Two.   June 17, 2003.]

DARREN MURREY, *Appellant*, v. ELI MORENO, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Pierce County, No. 02-2-04427-7, Terry D. Sebring, J., entered May 24 and June 3, 2002. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 29241-6-II.   Division Two.   June 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL RALPH MAPLES, *Appellant*.

Appeal from judgments of the Superior Court for Pierce County, No. 02-1-01828-1, Kitty-Ann van Doorninck, J., entered August 9 and 14, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.